No. _____
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
|  | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |  MOTION FOR VOLUNTARY DISMISSAL |
| : : : : : : |  |

In accordance with discussions held under Rule 33, the Appellant respectfully moves the court to dismiss this appeal pursuant to 42(b), Federal Rules of Appellate Procedure.

_____

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all counsel of record have been electronically served with this document as the date of filing.